USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIN KWOK KEUNG,<br><br>       Plaintiff,<br><br>    -against-<br><br>ASIAN 59 INC., a New York corporation, d/b/a ASIAN 59, and 207 EAST, LLC, a New York limited liability company,<br><br>       Defendants. | 1:22-cv-8593-MKV<br><br>ORDER OF DISMISSAL |

**MARY KAY VYSKOCIL, United States District Judge:**

  The Court is in receipt of the final report from the mediator, informing the Court that the parties have reached an agreement on all issues [ECF No. 19].  Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by November 23, 2023.  If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: October 23, 2023
    New York, NY

                            */s/ Mary Kay Vyskocil*
                              **MARY KAY VYSKOCIL**
                              **United States District Judge**