USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/11/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LIN KWOK KEUNG,   CASE NO: 1:22-cv-08593-MKV

    Plaintiff,

vs.

ASIAN 59 INC., a New York corporation,
d/b/a ASIAN 59, and 207 EAST, LLC,
a New York limited liability company

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## AND ORDER OF DISMISSAL

COME NOW, Plaintiff, LIN KWOK KEUNG, and Defendants, ASIAN 59 INC., a New York corporation, d/b/a ASIAN 59, and 207 EAST, LLC, a New York limited liability company, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 25th day of November, 2023.

By: _____
    B. Bradley Weitz, Esq.
    The Weitz Law Firm, P.A.
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, FL 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com
    Attorney for Plaintiff

By: _____
    Robert H. Goldberg, Esq.
    Law Offices of Robert H. Goldberg, PLLC
    265 Sunrise Highway, Suite 32
    Rockville Centre, NY 11570
    Telephone: (212) 683-9559
    Facsimile: (212) 683-7901
    Email: rhg@gctrial.com
    Attorneys for 207 East, LLC

**SO ORDERED:**

_____
Hon. Mary Kay Vyskocil, U.S.D.J.

Date: December 11, 2023